UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY SEWELL, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:06-cv-170-DFH-TAB |
| ) | |
| THOMAS HANLON, ) | |
| ) | |
| Respondent. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 9/14/2006

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Anthony Sewell, DOC #975473, Correctional Industrial Facility, P.O. Box 601,
    Pendleton, IN 46064
Office of the Indiana Attorney General, Indiana Government Center South, Fifth Floor,
    402 West Washington Street, Indianapolis, IN 46204-2770